# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00128-MR-DLH

| | |
|---|---|
| HOWARD J. FOSTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARROLS CORPORATION d/b/a ) <br> BURGER KING, REBECCA ) <br> ROBERSON, LORI SCHLUTOW, ) <br> and CARL MORELAND, ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Court's on motion.

The Plaintiff in this matter is proceeding *pro se* and, therefore, submits documents to the Court by mail rather than by electronic filing. See W.D.N.C. Administrative Procedures Governing Filing and Service by Electronic Means, Section I.A.1. Recently, Plaintiff submitted by mail a motion Requesting the Court to Reverse Order to Arbitrate Case on the Grounds of Non-Binding Merits and Order Jury Trial. On July 2, 2018, the Court received this motion and it was docketed. [Doc. 15]. The Plaintiff's motion, however, was submitted to the Court without a signature. [See Doc. 15 at 8].

"Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name---or by a party personally if the party is unrepresented. The paper must state the signor's address, e-mail address, and telephone number." Fed. R. Civ. P. 11(a). "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." <u>Id.</u> As such, the Court directs the Plaintiff to promptly correct the motion by submitting a signed copy in compliance with Rule 11(a) of the Federal Rules of Civil Procedure. The Court notes that the Plaintiff's Motion also fails to state his e-mail address, as required by Rule 11(a).

**IT IS, THEREFORE, ORDERED** that Plaintiff within ten (10) days of the date of this order file with the Court a signed copy of the motion. The Plaintiff's failure to promptly file a signed motion will result in the Court striking the Plaintiff's motion from the docket in this case pursuant to Rule 11(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: July 7, 2018

Martin Reidinger
United States District Judge